*Send-O*

FILED
CLERK, U.S. DISTRICT COURT

DEC - 2 2014

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,    )   Case No.: 5:14-MJ-452

12              Plaintiff,          )   ORDER OF DETENTION PENDING
                                    )   FURTHER REVOCATION
13        v.                        )   PROCEEDINGS
                                    )   (FED. R. CRIM. P. 32.1(a)(6); 18
14   *Tyler Khan Lien*              )   U.S.C. § 3143(a)(1))
                                    )
15   _____Defendant.____)

16        The defendant having been arrested in this District pursuant to a warrant

17   issued by the ~~United States District Court~~ *Superior Court* for the _____ District of

18   *Columbia* for alleged violation(s) of the terms and conditions of probation

19   or supervised release; and

20        Having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22   A. (X)   The defendant has not met his/her burden of establishing by clear and

23            convincing evidence that he/she is not likely to flee if released under 18

24            U.S.C. § 3142(b) or (c).  This finding is based on the following:

25            (X)    information in the Pretrial Services Report and Recommendation

26            (X)    information in the ~~violation petition and report(s)~~ *bench warrant*

27            (X)    the defendant's nonobjection to detention at this time

28            ( )    other: _____

1

1   and/ or

2   B. ( )   The defendant has not met his/her burden of establishing by clear and

3   convincing evidence that he/she is not likely to pose a danger to the

4   safety of any other person or the community if released under 18 U.S.C.

5   § 3142(b) or (c).  This finding is based on the following:

6   ( )   information in the Pretrial Services Report and Recommendation

7   ( )   information in the violation petition and report(s)

8   ( )   the defendant's nonobjection to detention at this time

9   ( )   other: _____

10

11   IT THEREFORE IS ORDERED that the defendant be detained pending the further

12   revocation proceedings.

13

14   Dated:  December 2, 2014

15   _____
    SHERI PYM
    United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28